UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Hartford Accident and Indemnity Company, *et al.*, Appellants,<br><br>v.<br><br>California Union Insurance Company, *et al.*, Appellees. | 07-cv-1750<br><br>Judge Gary L. Lancaster<br><br>(Appeal from Bankruptcy No. 02-20198-JKF) |

**ORDER**

AND NOW, this 10TH day of JAN., 2008, upon consideration of Appellants and Debtors' Consent Motion Regarding Briefing and Correction of the Caption, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is

**FURTHER ORDERED** that Appellants' brief in Civil Action No. 07-1750 is due on January 28, 2008. The remainder of the briefing schedule is modified in accordance with Rule 8009 such that the Appellees' brief will be due on February 12, 2008, and the Appellants' Reply brief will be due on February 22, 2008; and it is

**FURTHER ORDERED** that the parties to this proceeding are Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company, as appellants, and North American Refractories Company, *et al.* (debtors in the bankruptcy case), Official Committee of Asbestos Creditors, Lawrence Fitzpatrick as Legal Representative to the Future Claimants, Official Committee of Unsecured Trade Creditors, and Honeywell

International, Inc., as appellees. Accordingly, the caption of this matter should be revised as follows:

| In re: | Chapter 11 |
|---|---|
| North American Refractories Company, *et al.*, | Bankr. Case No. 02-20198 |
| Debtors. | |
| Hartford Accident and Indemnity Company, *et al.*, | Civil Action No. 07-1750 |
| Appellants, | |
| v. | |
| North American Refractories Company, *et al.*, | |
| Appellees. | |

**SO ORDERED**.

/s/ _____
Honorable Gary L. Lancaster

Dated: January 10, 2008